of certain unlawful acts of the plaintiff. The action was referred, and the referee found that the sale and delivery were complete, and determined the value of the goods. *Held*, that "the evidence fully sustained the referee in his finding," and "that without proof that the whiskey was seized by the United States Government for the plaintiff's acts, or his omissions to act, the defendant was liable."

APPEAL from a judgment in favor of the plaintiff, entered on the report of a referee.

*De Witt & Johnson*, for the plaintiff.

*E. T. Wood*, for the defendant.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.

---

EDWARD MORAN, RESPONDENT, v. EDWARD A. DARRIN, APPELLANT.

*Contract — Fraud — Party entitled to recover money paid under fraudulent contract.*

On the execution of a contract for the conveyance of land, the plaintiff was defrauded by an intentional omission of part of the property, which the defendant agreed to convey. The fraud was not known to the plaintiff, and, after its discovery, the defendant having refused to execute a contract such as should have been drawn, *held*, that the plaintiff had a right to maintain his action to recover the money payments, and that the fraudulent contract gave defendant no right to retain the money.

APPEAL from a judgment, entered on a verdict in favor of the plaintiff.

*Ira D. Warren*, for the respondent.

*Charles Whelp*, for the appellant.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.